JASON HONAKER SBN 251170
851 Burlway Road, Ste. 208
Burlingame, CA 94010
Telephone: (650) 259-9203
Facsimile: (877) 218-4033
jh@honakerlegal.com

Attorney for Debtor
Ophelia Alvarez

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) Chapter 13 |
|---|---|
| Ophelia Alvarez, | ) Bankruptcy No.: 19-30319 ) |
| Debtor. | ) **OPPOSITION TO MOTION TO DISMISS** ) **CASE** ) |

## OPPOSITION TO MOTION TO DISMISS CASE

The trustee filed a motion to dismiss this case shortly after the debtor missed a continued meeting of creditors. Debtor has had trouble procuring necessary payment advices and other documents needed to proceed with the meeting of creditors. She has, however, made progress that shows a good faith effort.

Debtor believes that, no later than the hearing on the motion to dismiss, she can correct the following items on the motion to dismiss: #1, 3, 4, 5, 6, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18. On the remaining items, significant progress or partial compliance can be made, and remaining items can be fixed within a month. Additionally, debtor will attend the next meeting of creditors,

Debtor's counsel has been away from the office for three of the last four weeks, and this has made it difficult to exchange documents and meet at mutually convenient time. The time away was planned beforehand, but the missing documents led to this case being pushed out repeatedly, into the time away from the office. He will, however, be back

1

next week and the week after so progress can be made at correcting the items as described above.

Dated: July 3, 2019

/s/ Jason Honaker

Jason Honaker
Attorney for Debtor