

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475

Signed and Filed: August 21, 2019

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re:** | Case No.: 19-30319 DM |
| **OPHELIA B ALVAREZ** | Chapter 13 |
| Debtor(s) | |

**ORDER OF DISMISSAL**

DAVID BURCHARD, Chapter 13 Trustee, has filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

After noticed hearing of said motion on August 21, 2019, the Court hereby grants the Trustee's Motion to Dismiss.

THEREFORE IT IS ORDERED that the Debtor(s)' proceedings herein be DISMISSED, and that any restraining orders heretofore issued be dissolved. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

OPHELIA B ALVAREZ

2500 TARA LANE

SOUTH SAN FRANCISCO, CA 94080