```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                    Case No. 19-30319-DM
Ophelia B Alvarez                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-3      User: bgapuz      Page 1 of 1      Date Rcvd: Aug 21, 2019
                          Form ID: pdfeo      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db          +Ophelia B Alvarez,   2500 Tara Lane,   South San Francisco, CA 94080-5113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
             Daniel K. Fujimoto   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2003-4, Asset-Backed Certificates, Series 2003-4 wdk@wolffirm.com,   faxes@wolffirm.com
             David Burchard   TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
             Jason Honaker   on behalf of Debtor Ophelia B Alvarez jh@honakerlegal.com, HonakerJR78624@notify.bestcase.com
             Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
                                                                                                                                                       TOTAL: 4

Entered on Docket
August 21, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 21, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

```
DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re:** | Case No.: 19-30319 DM |
| **OPHELIA B ALVAREZ** | Chapter 13 |
| Debtor(s) | |

**ORDER OF DISMISSAL**

DAVID BURCHARD, Chapter 13 Trustee, has filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

After noticed hearing of said motion on August 21, 2019, the Court hereby grants the Trustee's Motion to Dismiss.

THEREFORE IT IS ORDERED that the Debtor(s)' proceedings herein be DISMISSED, and that any restraining orders heretofore issued be dissolved. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

1

**COURT SERVICE LIST**

OPHELIA B ALVAREZ

2500 TARA LANE

SOUTH SAN FRANCISCO, CA 94080