Jason Honaker SBN 251170
851 Burlway Road, Suite 208
Burlingame, CA 940101
650.259.9203 p 877.218.4033 f
Jh@honakerlegal.com

Attorney for Debtors
Ophelila Alvarez

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) Case No.:19-30319 |
|---|---|
| | ) Chapter 13 |
| Ophelia Alvarez | ) |
| | ) |
| | ) MEMORANDUM OF POINTS AND |
| | ) AUTHORITIES |
| Debtors. | ) |

The purpose of Federal Rule 59(e) is to permit the correction of any manifest errors of law or fact that are discovered, upon reconsideration, by the trial court. Thus, a court, under this rule, may amend, amplify or expand upon its initial findings even to the extent that the modified or additional findings in effect reverse the initial ruling." *NationsBank v. Blier (In re Creative Goldsmiths),* 178 B.R. 87, 91 (Bankr. D.Md.1995) (citing *National Metal Finishing v. Barclaysamerican*, 899 F.2d 119, 123 (1st Cir.1990). The BAP considers a motion for reconsideration filed within 14 days to be a motion to "alter or amend the judgment" within the meaning

of FRBP 8002(b). *Shapiro ex rel. Shapiro v. Paradise Valley Unified Sch. Dist.*, 374 F.3d 857, 863 (9th Cir. 2004).

 Under Fed. R. Civ P. Rule 60(b), a court may relieve a party from a final judgment, order or proceeding only in the following circumstances. *See* Fed. R. Civ. P. 60(b); *see also De Saracho v. Custom Food Mach., Inc.,* 206 F.3d 874, 880 (9th Cir. 2000) (noting that a district court's denial of Rule 59 and Rule 60(b) motions is reviewed for an abuse of discretion). FRCP 60(b)(1), which is incorporated in the Bankruptcy Code via Fed. R. Bankr. P. 9024, provides in pertinent part as follows:

> Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable;
> (6) any other reason that justifies relief

/s/ Jason Honaker, Attorney for Debtor