Entered on Docket
November 26, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707 544-5500 FAX(707)544-0475
```

Signed and Filed: November 26, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**OPHELIA B ALVAREZ**

                    Debtor(s)

Case No.: 19-30319 DM

Chapter 13

**ORDER CONFIRMING CHAPTER 13 PLAN**

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. § 1325. Therefore, **IT IS ORDERED** that the plan filed at docket **#57** is confirmed.

* * * * * END OF ORDER * * * * *

## Court Service List

OPHELIA B ALVAREZ
2500 TARA LANE
SOUTH SAN FRANCISCO, CA 94080